IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

SIMON NEWMAN,

      **Plaintiff**,

v.                                           Civil Action no. 1:07cv121
                                                    (Judge Keeley)

**UNITED STATES OF AMERICA,**

      **Defendant.**

## ORDER GRANTING MOTION TO SEAL

The defendant having moved the Court, pursuant to the E-Government Act of 2002, to file documents under seal herein, more specifically, Attachment C to Exhibit 3 of the defendant's Memorandum in Support of Motion to Dismiss or in the alternative, Motion to Dismiss, and having lodged the same with the Clerk of this Court in a sealed envelope, pending a ruling thereon by the Court, and it appearing to the Court that good cause and sufficient grounds exist for the defendant's Motion, it is accordingly **ORDERED** that the Motion (Doc.22) be **GRANTED** and that Attachment C to Exhibit 3 of the defendant's Memorandum in Support of Motion to Dismiss or in the alternative, Motion for Summary Judgment currently lodged with the Clerk of the Court, be filed under seal by the Clerk to be retained by the Court as part of the records herein.

The Clerk is directed to provide a copy of this Order to the *pro se* plaintiff and counsel of record.

DATED: February 26, 2008.

      **IT IS SO ORDERED.**

                                                       /s/ James E. Seibert
                                                       JAMES E. SEIBERT
                                                      UNITED STATES MAGISTRATE JUDGE